UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| AHMAD ZAYED RIBHI, § § *Petitioner*, § § v. § § TODD M. LYONS, ACTING DIRECTOR, OFFICE OF DETENTION & REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARY DE ANDA-YBARRA, EL PASO FIELD OFFICE DIRECTOR, OFFICE OF DETENTION AND REMOVAL, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; KRISTI NOEM, SECRETARY, DEPARTMENT OF HOMELAND SECURITY; and PAMELA BONDI, ATTORNEY GENERAL, § § § § § § § § § § § § § § § § § § | No. 3:25-CV-00388-LS |
| *Respondents*. § | |

**ORDER TO SHOW CAUSE**

Today, the Court considered this case. Petitioner Ahmad Zayed Ribhi has brought a petition for a writ of habeas corpus against Respondents under 28 U.S.C. § 2241, challenging his detention by Immigration and Customs Enforcement ("ICE").[1]

Petitioner is a citizen of Jordan.[2] He has been granted withholding of removal by an immigration judge, meaning that he cannot be removed to Jordan.[3] Respondents state that they

---

[1] ECF No. 2.
[2] *Id.* at 4.
[3] *Id.* at 4, 9.

sent a request to Peru to accept Petitioner, which was refused.[4] The have reached out to "ICE HQ and HQ Asia and Europe to assist with facilitating removal of Petitioner."[5]

The Court determines that, at this juncture, more information is necessary to determine whether Petitioner's removal is likely to occur within the reasonably foreseeable future. Accordingly, the Court orders that Respondents provide a status report by **March 9, 2026**, detailing the status of any third country removal efforts, including but not limited to whether any requests for travel documents have been made with other countries on Petitioner's behalf and whether, when, and to which countries any additional requests will be sent, as well as any other efforts made by Respondents to remove Petitioner from the United States.

**SO ORDERED**.

**SIGNED** and **ENTERED** on December 9, 2025.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**

---

[4] ECF No. 6 at 2.
[5] *Id.*